In the Matter of ST. JOHN'S CHURCH OF MT. MORRIS, Respondent.

FRANCES L. S. KELLY et al., Appellants.

(Argued December 8, 1933; decided January 9, 1934.)

*John F. Connor* and *Frank K. Cook* for respondent.

Order affirmed, with costs payable out of the trust fund; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: LEHMAN, J.